IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

STANLEY HEATH                                                                                            PLAINTIFF

      v.                                      CIVIL NO. 13-2109

CAROLYN W. COLVIN[1], Commissioner
Social Security Administration                                                                      DEFENDANT

**O R D E R**

      Plaintiff has submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis* and a motion for service. ECF. Nos. 1, 2. After review, it is found that Plaintiff is unable to pay for the costs of commencement of suit and, accordingly, the following order is entered this 16th day of April 2013:

      Plaintiff's motion for leave to proceed *in forma pauperis* and motion for service is hereby granted. The court directs that a copy of the complaint, along with a copy of this order, be served by Plaintiff by certified mail, return receipt requested, on Defendant, Michael J. Astrue, Commissioner, Social Security Administration, as well as Eric H. Holder, Jr., U.S. Attorney General, and Conner Eldridge, U.S. Attorney, without prepayment of fees and costs. Defendant is ordered to answer within sixty (60) days from the date of service.

      IT IS SO ORDERED.

                                      /S/ *J. Marschewski*
                                      HON. JAMES R. MARSCHEWSKI
                                      CHIEF U.S. MAGISTRATE JUDGE

---

[1] Carolyn W. Colvin became the Social Security Commissioner on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin has been substituted for Commissioner Michael J. Astrue as the defendant in this suit.

AO72A
(Rev. 8/82)